# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**ANTOINE HARDAWAY**                                                              **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:24-cv-330-HTW-LGI**

**OKEES USED AUTO SALES, INC.,**
**WYNN'S EXTENDED CARE, INC.,**
**and CREDIT ACCEPTANCE CORPORATION**                          **DEFENDANTS**

## JOINT MOTION TO DISMISS

**COME NOW** Plaintiff Antoine Hardaway ("Plaintiff"), Defendant Credit Acceptance Corporation ("Credit Acceptance"), and Defendant Okees Used Auto Sales, Inc. ("Okees") and file this their Joint Motion to Dismiss, and in support thereof would show unto the Court the following, to-wit:

1.      Plaintiff filed this action against on April 29, 2024, asserting claims under the Magnuson-Moss Warranty Act.  *See* Docket No. 1-1.  Defendants removed this action to this Court on June 6, 2024.  *See* Docket No. 1.

2.      Plaintiff, Credit Acceptance, and Okees have fully resolved the claims between them.  Accordingly, the Plaintiff's claims against Credit Acceptance and Okees should now be dismissed with prejudice.  *See* Fed. R. Civ. P. 41(a).

3.      The dismissal of Credit Acceptance and Okees from this action does not impact the Plaintiff's remaining claims against any other Defendants in this action.

60464113 v1

Case 3:24-cv-00330-HTW-LGI    Document 22    Filed 03/24/25    Page 2 of 3

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Credit Acceptance, and Okees pray that Credit Acceptance and Okees be finally dismissed from this action with prejudice.

Respectfully submitted this the 24th day of March, 2025.

/s/ Daniel D. Ware
Daniel D. Ware (MSB #10847)
Attorney for Plaintiff
Malcolm Taylor

**OF COUNSEL:**
WARE LAW FIRM, PLLC
103 3rd Street NW
Magee, MS  39111
Telephone:  601-439-7079
Facsimile:  601-439-7063
dware@warelawfirm.com

/s/ Mark H. Tyson
Mark H. Tyson (MSB #9893)
Attorney for Defendant
Credit Acceptance Corporation

**OF COUNSEL:**
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E. Capitol Street, Suite M-100
Jackson, MS 39201
Telephone:  601-355-3434
Facsimile:  601-355-5150
mtyson@burr.com

/s/ B. Lyle Robinson
B. Lyle Robinson (MSB #100015)
Attorney for Okees Used Auto
Sales, Inc.

**OF COUNSEL:**
TAYLOR, WELLONS, POLITZ & DUHE, LLC
P.O. Box 550
Madison, MS  39130-550
Telephone:  769-300-2988
Facsimile:  769-300-2145
lrobinson@twpdlaw.com

## CERTIFICATE OF SERVICE

I, Mark H. Tyson, hereby certify that the foregoing document has been served on the party listed below by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this, the 24th day of March, 2025:

Daniel D. Ware
WARE LAW FIRM, PLLC
103 3rd Street NW
Magee, MS  39111
dware@warelawfirm.com
*Counsel for Plaintiff*

James S. Beam
BeamLawyer.com
567 Hwy 51, Suite B
Ridgeland, MS 39157
james@beamlawyer.com

B. Lyle Robinson
Taylor, Wellons, Politz & Duhe, LLC
P.O. Box 550
Madison, MS  39130-550
lrobinson@twpdlaw.com
*Counsel for Okees Used Auto Sales, Inc.*

Mark C. Carlson
Copeland, Cook, Taylor & Bush
1076 Highland Colony Parkway
Ridgeland, MS  39157-8832
mcarlson@cctb.com
*Counsel for Wynn's Extended Care, Inc.*

*/s/ Mark H. Tyson*
Of Counsel

60464113 v1