IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ANTOINE HARDAWAY**                                        **PLAINTIFF**

**VS.**                           **CIVIL ACTION NO. 3:24-cv-330-HTW-LGI**

**OKEES USED AUTO SALES, INC.,**
**WYNN'S EXTENDED CARE, INC.,**
**and CREDIT ACCEPTANCE CORPORATION**         **DEFENDANTS**

## ORDER GRANTING MOTION TO DISMISS

BE IT REMEMBERED that this matter comes before the Court upon the Joint Motion to Dismiss filed by Plaintiff Antoine Hardaway, Defendant Credit Acceptance Corporation ("Credit Acceptance"), and Defendant Okees Used Auto Sales, Inc. ("Okees"). Having considered same, the Court finds that said Motion is well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that Credit Acceptance and Okees be, and hereby are, dismissed with prejudice from this action.

SO ORDERED AND ADJUDGED this the 7th day of May, 2025.

/s/HENRY T. WINGATE
U. S. DISTRICT JUDGE